Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**NEW YORK, NEW YORK**

BEFORE: UNASSIGNED

| | |
|---|---|
| Interpipe Ukraine LLC, and North American Interpipe, Inc.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | **SUMMONS**<br>Ct. No. 26-04861 |

**TO**: The Attorney General and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Gina Justice
Clerk of the Court

**1. Name and Standing of Plaintiff**

Plaintiffs in this action are Interpipe Ukraine LLC and North American Interpipe, Inc. Interpipe Ukraine LLC is a foreign producer and exporter of the subject merchandise. North American Interpipe, Inc. is an importer of subject merchandise. Plaintiffs are interested parties within the meaning of 19 U.S.C. §1677(9)(A). Plaintiffs were active participants in the U.S. International Trade Commission Sunset Review that led to the determination being challenged. Plaintiff therefore has standing to bring this action pursuant to 19 U.S.C. § 1516a(a)(2)(A) and 28 U.S.C. § 2631(c) as an interested party that was party to the proceeding identified below.

**2. Brief Description of Contested Determination**

Plaintiffs contest the U.S. International Trade Commission's determination published as *Oil Country Tubular Goods From India, South Korea, Turkey, Ukraine, and Vietnam; Determinations*, 91 Fed. Reg. 61,439 (Int'l Trade Comm'n Sep. 29, 2026).

**3. Date of Determination**

The final determination was rendered by the U.S. International Trade Commission on September 24, 2026.

**4. Date of Publication in Federal Register of Notice of Contested Determination**

The final determination was published in the Federal Register on September 29, 2026 (91 Fed. Reg. 61439). This summons is timely filed by no later than 30 days after the publication of the determination on September 29, 2026. 19 U.S.C. § 1516a(a)(2)(A)(i)(III).

By: /s/ H. Deen Kaplan
H. Deen Kaplan
Jared R. Wessel
Michael G. Jacobson

HOGAN LOVELLS CADWALADER US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1 202 637-5799
deen.kaplan@hlc.com

*Counsel to Interpipe Ukraine LLC and North American Interpipe, Inc.*

Dated: October 29, 2026

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served:

Supervising Attorney
Civil Division, Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. INTERNATIONAL TRADE COMMISSION
500 E Street, SW
Washington, DC 20436

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)